No. 90–1199. LUMPKIN *v.* LUMPKIN. C. A. 5th Cir. Certiorari denied.

No. 90–1200. UNITED STATES FIRE INSURANCE CO. *v.* RIVERSIDE VENTURES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–1203. MURRAY *v.* OHIO ADULT PAROLE AUTHORITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1204. ECCLI *v.* VON KLEMPERER ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–1206. VILLARREAL *v.* HARTE-HANKS COMMUNICATIONS, INC., ET AL. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 90–1207. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 90–1209. BALZER *v.* MEIER ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–1210. CHESTER UPLAND SCHOOL DISTRICT *v.* LESTER H., A MINOR, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–1239. UNITED ASSOCIATION OF BLACK LANDSCAPERS ET AL. *v.* CITY OF MILWAUKEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1292. LEWIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–1313. ROBIN ET AL. *v.* ARTHUR YOUNG & CO. C. A. 7th Cir. Certiorari denied.

No. 90–6059. STEINES *v.* ADMINISTRATOR OF VETERANS AFFAIRS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 90–6137. MORA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.